*pauperis* granted. Certiorari denied.

No. 95–633. MICHIGAN *v.* SANDERS. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–6834 (A–456). BRIDDLE *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 94–9227. LAPSLEY *v.* NORTHERN INDIANA PUBLIC SERVICE CO., *ante,* p. 828;

No. 94–9253. IN RE SHEEHY ET UX., *ante,* p. 805;

No. 94–9613. WASHINGTON *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 845;

No. 94–9783. FELIX-SANTOS *v.* UNITED STATES, *ante,* p. 856;

No. 95–223. CINCINNATI INSURANCE CO. *v.* ORANGEBURG SAUSAGE CO., *ante,* p. 928;

No. 95–312. ROUSSIN *v.* MISSOURI, *ante,* p. 917;

No. 95–333. JULIEN *v.* TEXAS ET AL., *ante,* p. 932;

No. 95–406. IN RE DANKO, *ante,* p. 941;

No. 95–5145. MYERS *v.* UNITED STATES, *ante,* p. 879;

No. 95–5191. THIERMAN *v.* THIERMAN ET AL., *ante,* p. 882;

No. 95–5282. BERGMANN *v.* McCAUGHTRY, WARDEN, ET AL., *ante,* p. 887;

No. 95–5510. STEWART *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 899;

No. 95–5585. CRAWFORD *v.* GARNER, WARDEN, ET AL., *ante,* p. 921;

No. 95–5773. OSBORNE *v.* MONTGOMERY ENGINEERING CO. ET AL., *ante,* p. 905;

No. 95–5796. GRAHAM *v.* HANNIGAN, WARDEN, ET AL., *ante,* p. 949;

No. 95–5933. KENT *v.* REICH, SECRETARY OF LABOR, *ante,* p. 967;

1034

No. 95–6113.   KIDSTON v. STIBBARDS ET AL., *ante*, p. 952;
No. 95–6204.   IN RE BONTA, *ante*, p. 941;
No. 95–6236.   IN RE LANZON, *ante*, p. 941;
No. 95–6237.   IN RE JORY, *ante*, p. 941;
No. 95–6243.   IN RE DEERE, *ante*, p. 941;
No. 95–6257.   IN RE WALKER, *ante*, p. 942;
No. 95–6301.   IN RE SON VAN HOANG, *ante*, p. 942;
No. 95–6305.   IN RE LANE, *ante*, p. 942; and
No. 95–6306.   IN RE MAIDA, *ante*, p. 942.   Petitions for rehearing denied.

No. 94–9755.   SANBORN v. KENTUCKY, *ante*, p. 854.   Motion for leave to file petition for rehearing denied.

DECEMBER 12, 1995

No. 95–7084 (A–508).   BRIDDLE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.

DECEMBER 13, 1995

No. A–492 (95–6510).   GRAY v. NETHERLAND, WARDEN.   C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

DECEMBER 20, 1995

No. 94–1837.   BARNETT BANK OF MARION COUNTY, N. A. v. NELSON, FLORIDA INSURANCE COMMISSIONER, ET AL.   C. A. 11th Cir.   [Certiorari granted *sub nom. Barnett Bank of Marion*